

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BILL OF INFORMATION
FOR WIRE FRAUD
AND FORFEITURE ALLEGATION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16- 16-JWD-RLB |
|---|---|---|
| versus | : | 18 U.S.C. § 1343 |
| | : | 18 U.S.C. § 981(a)(1)(C) |
| MICHAEL DAVID PITTS | : | 28 U.S.C. § 2461(c) |

**THE UNITED STATES ATTORNEY CHARGES:**

At All Relevant Times Herein:

1. Amedisys, Incorporated ("Amedisys") was a home health and hospice care company headquartered in Baton Rouge, Louisiana. Amedisys annually furnished home health services to approximately 380,000 patients in 37 states, the District of Columbia, and Puerto Rico.

2. **MICHAEL DAVID PITTS** ("**PITTS**"), defendant herein, was the Vice President of Tax for Amedisys. **PITTS** began working for Amedisys in January 2005 as Tax Director-Corporate Finance, and in 2006, assumed the title, role, and responsibilities of Vice President of Tax. **PITTS** continued said employment until he resigned in or about July 2014. In his role as Vice President of Tax, he was responsible for all corporate tax matters, including the preparation of state and federal tax returns and the payment of state income taxes in the various states where Amedisys operated its business. **PITTS** enjoyed the authority and ability to purchase tax credits for the purpose of executing his duty of reducing and paying state income taxes in the various states where Amedisys did business.

Scheme To Defraud

3. The allegations of paragraphs 1 and 2 are repeated and re-alleged here as though fully set forth herein.

4. Beginning in or about October 2006 and continuing through in or about May 2014, in the Middle District of Louisiana and elsewhere, **MICHAEL DAVID PITTS**, defendant herein, devised and intended to devise a scheme to defraud, and to obtain money and property from Amedisys by means of materially false and fraudulent pretenses, promises, and representations, and for the purpose of executing the scheme, did knowingly cause interstate wire communications to be used between the Middle District of Louisiana and locations outside the State of Louisiana.

Manner And Means

5. The scheme to defraud Amedisys was executed in the following manner:

    a. **PITTS** created a counterfeit company named "Stonehenge Entertainment" for the purpose of selling false and fictitious "Tax Credit Transfer Agreements" to Amedisys.

    b. **PITTS** also created an entity known as "Evergreen Incentives" for the purpose of selling false and fictitious "Tax Credit Transfer Agreements" to Amedisys.

    c. **PITTS** opened and maintained a bank account at Capital One Bank, N.A. for Stonehenge Entertainment, and a separate account at Regions Bank for Evergreen Incentives.

    d. **PITTS** created false and fictitious "Tax Credit Transfer Agreements."

    e. **PITTS** used his position as Vice President of Tax for Amedisys to present the false and fictitious Tax Credit Transfer Agreements to his corporate supervisors

2

for approval, falsely representing them to be valid tax credits.

f. Upon approval, **PITTS** purchased the false and fictitious Tax Credit Transfer Agreements on behalf of Amedisys.

g. In order to personally benefit from the sale of false and fictitious tax credits to Amedisys, **PITTS** submitted "Requests for Wire Payments" to the accounts payable staff, instructing them to send payments to accounts which he controlled at Capital One Bank and Regions Bank.

h. **PITTS** caused electronic banking transfers to divert funds from an Amedisys account at JPMorgan Chase Bank to his accounts at Capital One Bank and Regions Bank for his personal enrichment.

i. On 21 occasions, using computers and servers located in the Middle District of Louisiana, **PITTS** caused wire transfers that were routed to bank servers located outside the State of Louisiana.

j. During the period October 3, 2006 through May 16, 2014, **PITTS** caused Amedisys to make 21 wire transfers totaling $7,641,528 to accounts which he controlled, and for his personal enrichment.

k. **PITTS** concealed his scheme by creating and using a company name ("Stonehenge Entertainment") that closely resembled the name of a legitimate company with which Amedisys did business, using his position to obscure his transactions in the accounting records of Amedisys, and taking advantage of being in a position of trust.

Wire Transmission

6. On or about March 5, 2012, in the Middle District of Louisiana and elsewhere, **MICHAEL DAVID PITTS**, defendant herein, having devised the scheme described in paragraphs 1 through 5 of this Bill of Information, for the purpose of executing the scheme, and attempting to do so, knowingly caused to be transmitted in interstate commerce, by means of a wire communication, certain signs, signals, and sounds, that is, he caused Amedisys employees to access the internet through a computer server in Baton Rouge, Louisiana and directed a JPMorgan Chase Bank payment processor outside the State of Louisiana to transfer funds to **PITTS'S** account at Regions Bank for the purpose of making a $222,500 payment for the purchase of sham tax credits.

The above is a violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATION

7. Paragraphs 1 through 6 of this Bill of Information are incorporated herein for purposes of this Forfeiture Allegation.

8. Pursuant to Rule 32.2(a), Fed. R. Crim. P., **MICHAEL DAVID PITTS**, defendant herein, is hereby notified that, upon conviction of the violation of Title 18, United States Code, Section 1343, the defendant shall forfeit any property, real or personal, which constitutes, or is derived from, proceeds traceable to the offense charged, pursuant to Title 18, United States Code, Section 981(a)(1)(c), and Title 28, United States Code, Section 2461(c), including but not limited to at least $7,641,528, said amount being the proceeds obtained through the violations of Title 18, United States Code, Section 1343.

9. If any of the above described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

Date: 03/09/16

UNITED STATES OF AMERICA, by

_____
J. WALTER GREEN
UNITED STATES ATTORNEY

_____
RENÉ I. SALOMON
ASSISTANT U.S. ATTORNEY

# Criminal Cover Sheet U.S. District Court

**Place of Offense:**

City    Baton Rouge

County/Parish    East Baton Rouge

FBI-Josh Morrill

**Matter to be sealed:** ☒ No    ☐ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant    X
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name    Michael David Pitts

**U.S. Attorney Information:**

AUSA    Rene I. Salomon      LBN #11671

**Interpreter:** ☐ No ☐ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    1

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:1343 | Wire Fraud | 1 | Felony |
| | | | |
| | | | |

(May be continued on second sheet)

Date: 03/09/16      **Signature of AUSA:** _/s/ R. Salomon_

**District Court Case Number (To be filled in by deputy clerk):** _____