**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| versus | :   CRIMINAL NO. 16-16-JWD-RLB |
| | : |
| MICHAEL DAVID PITTS | : |

## NOTICE OF DEFENDANT'S INTENT TO PLEAD GUILTY

NOW INTO COURT comes the United States of America through J. Walter Green, United States Attorney for the Middle District of Louisiana, by Rene I. Salomon, Assistant United States Attorney, and respectfully represents that the defendant herein, MICHAEL DAVID PITTS, has advised the United States of his intent to plead guilty pursuant to a plea agreement. The United States therefore requests that the Court conduct a re-arraignment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. The parties concur that this Notice obviates the need for a trial and interrupts the Speedy Trial Clock pursuant to 18 U.S.C. § 3161(h)(1)(D). See United States v. Dignam, 716 F.3d 915, 924-25 (5th Cir. 2013).

Dated and submitted this 9th day of March, 2016, at Baton Rouge, Louisiana.

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY


  //s//Rene I. Salomon
Rene I. Salomon, LBN 11671
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: rene.salomon@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| versus | :  CRIMINAL NO. 16-16-JWD-RLB |
| | : |
| MICHAEL DAVID PITTS | : |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the United States' Notice of Defendant's Intent to Plead Guilty was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Fred T. Crifasi by operation of the court's electronic filing system.

Baton Rouge, Louisiana, on this 9th day of March, 2016.

//s//Rene I. Salomon
Rene I. Salomon, LBN 11671
Assistant United States Attorney