FILED
U.S. DIST. COURT
MIDDLE DIST. OF L

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

2016 MAR -9 AM 8:56

SIGN_____
BY DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| versus | : | CRIMINAL NO. 16- 16-JWD-RLB |
| MICHAEL DAVID PITTS | : | |

## WAIVER OF INDICTMENT

I, MICHAEL DAVID PITTS, the above-named defendant, charged in a Bill of Information with wire fraud, a violation of Title 18, United States Code, Section 1343, understand:

(a) the nature of the charge brought against me, and

(b) that I am entitled, under the Fifth Amendment of the United States Constitution, to have the charge instituted by a Grand Jury Indictment.

I voluntarily waive my right to have the charge set forth in the Bill of Information presented to a Grand Jury and agree that the proceedings may be instituted by a Bill of Information.

Dated this ___3rd___ day of ___March___, 2016, at Baton Rouge, Louisiana.

_____
MICHAEL DAVID PITTS
DEFENDANT

_____
FRED CRIFASI
COUNSEL FOR DEFENDANT